# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| FRANK SANCHEZ § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | Case No. 4:12CV615-RAS-DDB |
| § | |
| BANK OF AMERICA, N.A., § | |
| § | |
| Defendant. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 18, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Bank of America, N.A.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. 5) be GRANTED, that Plaintiff's claims be dismissed for failure to state a claim, and that Defendant's counterclaim remain before the court until further order of or notice to the court.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Bank of America, N.A.'s Motion to Dismiss Pursuant to Federal

Rule of Civil Procedure 12(b)(6) (Dkt. 5) is GRANTED, and Plaintiff's claims are dismissed with prejudice. Defendant's counterclaim will be addressed by the court in a separate order as is appropriate.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of September, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE