IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANK SANCHEZ | § | |
| Plaintiffs, | § § § | |
| VS. | § § | Case No. 4:12CV615-RAS-DDB |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
REGARDING DEFENDANT'S MOTION FOR DEFAULT JUDGMENT**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 20, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant/Counter-Plaintiff/Third-Party Plaintiff Bank of America, N.A.'s Motion for Default Judgment Against Plaintiff/Counter-Defendant and Third-Party Defendant on Bank of America, N.A.'s Counterclaim/Third-Party Claim (Dkt. 29) be GRANTED and final default judgment be entered in this case.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Defendant/Counter-Plaintiff/Third-Party Plaintiff Bank of America, N.A.'s Motion for Default Judgment Against Plaintiff/Counter-Defendant and Third-Party Defendant on Bank of America, N.A.'s Counterclaim/Third-Party Claim (Dkt. 29) is GRANTED and final default judgment shall be entered in this case.

**IT IS SO ORDERED.**

**SIGNED this the 14th day of February, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE